**NOT FOR PUBLICATION**

```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
                         CAMDEN VICINAGE
```

|  |  |
|---|---|
| JOSEPH CORNELIUS TUCKER, : | |
| : | Civ. No. 15-6808(RMB/KMW) |
| Plaintiff, : | |
| v. : | **ORDER** |
| THE STATE OF NEW JERSEY : | |
| DEPARTMENT OF CORRECTIONS : | |
| *et al.*, : | |
| Defendants. : | |

This matter comes before the Court upon Defendants Burlington County Detention Center and Warden Mildred Scholtz's ("Defendants") letter request, pursuant to this Court's Individual Rules and Procedures, to file a motion to dismiss the Amended Complaint.  (ECF No. 23.)  Plaintiff failed to respond to Defendants' pre-motion conference by the deadline set by this Court.  For good cause shown,

**IT IS** therefore, on this **14th** day of **July 2017,**

**ORDERED** that Defendants' letter request to file a motion to dismiss the Amended Complaint (ECF No. 23) is GRANTED.

                                        s/Renée Marie Bumb
                                        **RENÉE MARIE BUMB**
                                        **United States District Judge**